AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

FEB - 2 2020

David J. Bradley, Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. M-20-0301-M |
| Yesmin CORONA | ) | |
| Y.O.B: 1982 Citizenship: USA | ) | |

Defendant(s)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 01, 2020__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC § 952 | Importation of Controlled Substances - the defendant did knowingly and intentionally import 5 kilograms or more of cocaine from the United Mexican States into the United States, that is approximately 11.2 kilograms of cocaine, a Schedule II controlled substance. |

This criminal complaint is based on these facts:

See "Attachment A"

☑ Continued on the attached sheet.

/s/ John Reinosa
*Complainant's signature*

John Reinosa, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __02/02/2020__ 2:18 p.m.

*Judge's signature*

City and state: __McAllen, Texas__

Peter E. Ormsby, U.S. Magistrate Judge
*Printed name and title*

# Attachment A

On February 01, 2020, a 2014 Nissan Sentra driven by Yesmin CORONA, a United States Citizen, made entry into the Unites States at the Pharr Port of Entry in Pharr, Texas from Mexico. At primary inspection CORONA stated to a Customs and Border Protection Officer (CBPO) she was traveling from Reynosa, Mexico to pick up her daughter in McAllen, Texas. During post primary inspection, a CBPO canine "Miso" alerted to the undercarriage of the vehicle. The vehicle was then taken for a Z-portal X-Ray exam were officers noticed anomalies in the gas tank of the vehicle. CBPOs removed the back seat of the vehicle and noticed tampering in the gas pump area. The gas pump was removed and ten bundles weighing 11.2 kilograms of a substance that tested positive for the chemical characteristics of cocaine were extracted. Three of the bundles had the name "Corona" written inside the inner wrappings of the bundles.

Homeland Security Investigations (HSI) Special Agent (SA) and Customs and Border Protection Task Force Officers (CBP TFO) responded to the Pharr Port of Entry to interview CORONA. During the custodial interview, CORONA told agents that she was aware she had contraband in the vehicle. CORONA later admitted to investigators that she thought she had narcotics in the vehicle.